FRANK S. CAPELLO, Respondent, v. ASA L. MERRICK, Appellant.— Motion denied.

J. JOHN HASSETT, Appellant, v. HARRIET ARNOT RATHBONE, Personally and as President of T. BRIGGS AND COMPANY, and T. BRIGGS AND COMPANY, Respondents.— Ordered that the order entered herein be and the same hereby is amended by striking out the words " and judgment is hereby directed in favor of the defendants dismissing the complaint herein upon the merits, with costs," and the judgment entered thereon in the clerk's office of Chemung county on the 19th day of March, 1917, is hereby vacated and set aside.

JOHN L. HENNING, as Trustee of GEORGE F. SHEVLIN, a Bankrupt, Respondent, v. MARY FOLEY, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

ISABEL McDERMOTT, Respondent, v. ROBT. H. INGERSOLL & BRO., Appellant.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of JAMES A. HENDERSON, Respondent, for Compensation under the Workmen's Compensation Law, v. JOHN DONOVAN COMPANY, Employer, and THE UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

In the Matter of the Petition of FRED CARP and WILLIAM S. OSTRANDER for a Writ of Certiorari to Review the Proceedings of the Board of Supervisors of Saratoga County with Respect to the Appointment of a Commissioner of Elections.— Sent to the Fourth Department. Lyon, J., not sitting. (See 179 App. Div. 387.)

In the Matter of the Claim of DELIA B. AMES for Compensation under the Workmen's Compensation Law, v. THE NEW YORK CENTRAL RAILROAD COMPANY.— Motion denied.

In the Matter of the Claim of ANNA GEOPPNER, etc., Respondent, for Compensation under the Workmen's Compensation Law, v. JOHN L. HENNING, Employer, and the UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellants.— Motion denied.

In the Matter of the Claim of MARY I. OWENS, etc., Respondent, for Compensation under the Workmen's Compensation Law, v. NEW YORK MILLS CORPORATION and the AMERICAN MUTUAL COMPENSATION INSURANCE COMPANY, Appellants.— Motion denied.

In the Matter of the Claim of JOSEPH E. KENNEDY, Respondent, for Compensation under the Workmen's Compensation Law, v. KENNEDY MANUFACTURING AND ENGINEERING COMPANY, Employer, and the UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants. — Motion for reargument granted.